**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 9125 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Kim |
| HEALTH INFOTECH SYSTEMS, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, Dr. William M. Pollack, respectfully requests that this Court enter an order of default against defendant Health Infotech Systems, LLC, and in plaintiff's favor.

In support thereof, plaintiff states as follows:

1.      On November 14, 2012, plaintiff filed a cause of action, entitled *Dr. William M. Pollack v. Health Infotech Systems, LLC*, *and John Does 1-10,* 12 C 9125, to secure redress for sending or causing the sending of unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"), the Illinois Consumer Fraud Act, 815 ILCS 505/1 et seq. and Illinois common law (conversion).

2.      The Michigan Secretary of State's website lists defendant's Registered Agent and office as Leela C. Koneru, 29508 Southfield Road, Suite 202, Southfield, Michigan 48076. The organizers of defendant's company are Leela Koneru and Babu Koneru.  (Exhibit A)

3.      Plaintiff attempted to serve defendant's Registered Agent at the address listed with the Michigan Secretary of State via process server. Plaintiff's process server made several

1

attempts, but was ultimately unsuccessful in serving defendant's Registered Agent. The process server said defendant's Registered Agent was out of the country. *[See Dkt. No. 13]*

4.      On November 21, 2012, Plaintiff's process server served Babu Koneru, but this service was not valid as he was not the Registered Agent, and was not otherwise identified by the Michigan Secretary of State as an officer or member of the company. *[See Dkt. No. 13]*

5.      Between January 21, 2013, and January 29, 2013, another process server hired by plaintiff made 8 further attempts to serve defendant's Registered Agent at the address listed with the Michigan Secretary of State, but was ultimately unsuccessful. *[See Dkt. No. 19]*

6.      The Michigan Limited Liability Company Act, § 450.4207(4) states: "If a limited liability company fails to appoint or maintain an agent for service of process, or the agent for service of process cannot be found or served through the exercise of reasonable diligence, service of process may be made by delivering or mailing by registered mail to the administrator a summons and copy of the complaint."

7.      The Michigan Limited Liability Company Act, § 450.4102(2) states: "As used in this act: (a) 'Administrator' means the director of the department or his or her designated representative. . . . (f) 'Department' means the department of licensing and regulatory affairs."

8.      The Michigan Department of Licensing and Regulatory Affairs states on its website, www.michigan.gov/lara: "If you need to serve the Corporations Division, you can send, by registered mail, the service of process, with the applicable fees, to Julia Dale at PO BOX 30054, Lansing, MI 48909." (Exhibit B)

9.      Pursuant to M.C.L.A. § 450.4207(4) and the instructions provided by the Michigan Department of Licensing and Regulatory Affairs, Stephen Rettger mailed the

Summons and a copy of the complaint to the Michigan Department of Licensing and Regulatory Affairs via Registered Mail on February 15, 2013. [*See Dkt. No. 23*]

10.     Michigan Court Rule 2.105(E) states: "Service of process on a partnership association or an unincorporated voluntary association may be made by (1) serving a summons and a copy of the complaint on an officer, director, trustee, agent, or person in charge of an office or business establishment of the association, and (2) sending a summons and a copy of the complaint by registered mail, addressed to an office of the association. If an office cannot be located, a summons and a copy of the complaint may be sent by registered mail to a member of the association other than the person on whom the summons and complaint was served."

11.     Pursuant to Michigan Court Rule 2.105(E), on February 20, 2013, Stephen Rettger sent via Registered Mail and Certified Mail, to defendant's Registered Agent at the address listed with the Michigan Secretary of State, the Summons and a copy of the Complaint. [*See Dkt. No. 23*]

12.     Defendant's Registered Agent's address as listed with the Michigan Secretary of State also appears on the fax attached as Exhibit A to the Complaint. (Exhibit C)

13.     Defendant Health Infotech Systems, LLC, was served as of February 20, 2013. [*See Dkt. No. 23*]

14.     As of the date of this motion, defendant has not appeared, answered or otherwise pled to plaintiff's complaint.

15.     Plaintiff respectfully requests that an order of default in the amount of $1,500.00, per facsimile, pursuant to 47 U.S.C. § 227(b)(3), plus costs of suit be entered against defendant Health Infotech Systems, LLC.  In this case, plaintiff received one unsolicited facsimile

advertisement from defendant and is, therefore, seeking $1,500 in statutory damages, plus attorney's fees and costs.

WHEREFORE, plaintiff respectfully requests that this Court enter an order of default against defendant Health Infotech Systems, LLC, and in plaintiff's favor, and set a date for prove up of damages and attorney's fees and costs.

Respectfully submitted,

    s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

4

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on April 4, 2013, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

Health Infotech Systems, LLC
c/o Leela C. Koneru, Registered Agent
29508 Southfield Road, Suite 202
Southfield, MI 48076


 s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)