**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 9125 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Kim |
| HEALTH INFOTECH SYSTEMS, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter having come before this Court on **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED

1. Plaintiff's Motion for Entry of Default is hereby granted.

2. An order of default is entered in plaintiff's favor and against defendant Health Infotech Systems, LLC.

3. Hearing is set for prove up of damages and attorneys' fees and costs for April 30, 2013, at 9:30 a.m.

4. Plaintiff is to file a memorandum in support of damages and attorney's fees and costs by April 24, 2013.

Dated: 4-9-13

_____
Judge