# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12-cv-9125 | **DATE** | 6/19/13 |
| **CASE TITLE** | Pollack v. Health Infotech Systems, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's Request for Damages was denied at the hearing held on May 28, 2013. However, upon further consideration, it has been determined that Plaintiff shall be awarded $500.00 in statutory damages and $506.03 in costs. For more information, see statement below.

■[ For further details see text below.]                                                    Docketing to mail notices.

**STATEMENT**

     Plaintiff filed a Complaint, alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, and the Illinois Consumer Fraud and Deceptive Business Practices ACT ("ICFA"), 815 ILCS § 505/2 *et seq.*, as well as a claim for common law conversion. An order of default was entered against Defendants on April 9, 2013.

     Plaintiff now seeks statutory damages in the amount of $1,500.00, as well as costs in the amount of $506.03. (Pl.'s Supp. Mem. ¶¶ 8, 11.) However, Plaintiff is only entitled to statutory damages of $500.00 for each violation, and, as Plaintiff submits, only one fax advertisement was sent to Plaintiff. Damages in the amount of three times the statutory damages may be awarded at the discretion of the Court. 47 U.S.C. § 227(b)(3). Here, the Court declines, in its discretion, to award treble damages. Therefore, Plaintiff is awarded $500.00 in statutory damages.

     Plaintiff also seeks an award of costs in the amount of $506.03. Plaintiff enumerated these costs in a memorandum submitted in support of its request for damages. These costs, which include the filing fee, process server fee, and postage, are reasonable and necessary. See Fed. R. Civ. P. 54(d). Accordingly, costs are awarded to Plaintiff in the amount of $506.03.