IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 9125 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Kim |
| HEALTH INFOTECH SYSTEMS, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF TURNOVER ORDER

Plaintiff Dr. William M. Pollack respectfully requests that this Court order PNC Bank, N.A., to turnover $144.85 in funds held in an account controlled by defendant Health Infotech Systems, LLC. In further support, plaintiff states as follows:

1. An order of default was entered against defendant Health Infotech Systems, LLC on April 9, 2013. (*Dkt. No. 27*)

2. On June 19, 2013, this Court entered an order awarding plaintiff $500 in statutory damages and $506.03 in costs (total of $1,006.03). (*Dkt No. 33*)

3. Plaintiff issued and served a Third-Party Citation to Discover Assets to PNC Bank, N.A. (Exhibit 1)

4. PNC Bank, N.A. responded to the citation stating that defendant Health Infotech Systems, LLC, holds an account with PNC Bank, N.A. (Exhibit 2)

5. Plaintiff 's counsel has been advised by PNC Bank, N.A. that a total of $144.85 has been frozen in defendant's account, on account of the third-party citation to discover assets.

1

6.       Defendant Health Infotech Systems, LLC, has agreed to disbursement of these funds from that account through the Court.  Accordingly, an order directing turnover is warranted to satisfy a portion of the outstanding judgment entered against defendant.

WHEREFORE, plaintiff respectfully requests that this Court order PNC Bank, N.A., to turnover $144.85 in funds held in an account controlled by defendant Health Infotech Systems, LLC, and that all other proper relief be given.

> Respectfully submitted,
>
>   s/ Cathleen M. Combs
> Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS & LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Cathleen M. Combs, certify that on July 16, 2014, I caused the foregoing document to be served, via U.S. Mail, upon the following:

PNC Bank, N.A.
200 South Wacker Drive, Suite 600
Chicago, IL 60606

Health Infotech Systems, LLC
c/o Leela C. Koneru, Registered Agent
29508 Southfield Road, Suite 202
Southfield, MI 48076

               s/ Cathleen M. Combs
               Cathleen M. Combs