**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| Dr. William M. Pollack | ) | Case No: 12 C 9125 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Health Infotech Systems, LLC et al | ) | |

**ORDER**

Ruling on motion hearing held. Plaintiff's motion for entry turnover order is granted [36]. Enter order.

(T:) 00:05

Date: 8/13/14 /s/ Judge John W. Darrah