# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 C 9125 |
| v. | ) ) ) | Judge Darrah<br>Magistrate Judge Kim |
| HEALTH INFOTECH SYSTEMS, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter coming to be heard on Plaintiff's Motion for Entry of Turnover Order, all parties having notice and the Court being fully advised in its premise, IT IS HEREBY ORDERED:

Plaintiff's Motion for Entry of Turnover Order (*Dkt. No. 36*) is granted. PNC Bank, N.A. is ordered to turnover $144.85 in funds held in an account controlled by defendant Health Infotech Systems, LLC to Plaintiff's Counsel, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle Street, Suite 1800, Chicago, Illinois 60603 by August 29, 2014.

**ENTER:**

Dated: 8/13/14

_____
United States District Judge